NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| ANTWAN BRINSON a/k/a ALTON S. HALL, DOC #R47865, | ) ) ) | |
| Appellant, | ) ) | |
| v. | ) ) | Case No. 2D18-989 |
| STATE OF FLORIDA, | ) ) ) | |
| Appellee. | ) ) ) | |

Opinion filed December 14, 2018.

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Antwan Brinson a/k/a Alton S. Hall, pro se.

PER CURIAM.

Affirmed.

SLEET, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.